RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

5,483-20

Meria James Bradley
#1837524 - 18-R 53
Polunsky Unit
3872 FM 350 South
Livingston, Tx 77351

March 30, 2015

Dear Clerk:

I'm write you Because I don't understand why I'm being denial my Right to Access to Court. Noted: in Sept of 2014 under Cause No. 1328927 I File with the 183rd District Court A Application For A Writ of Habeas Corpus seeking Relief From A Final Felony Conviction under Code of Criminal Procedure, Article 11.07.

Noted: under Texas Rules of Appellate Procedure Rule 73.1, and under the Instruction number Four. it states that you must make A Separate Application on A Separate form for each judgment of Conviction that I'm seek Relief from, Even If the Judgement were entered in the same Court on the same day you Must make a Separate Application for each one.

Noted We have here Two Conviction one cause no 9418687-G. filed on February 3, 2014. noted: This writ been in 209th District Court of one year and one month. Noted: on July 9 2014 this Court

entered an Order requiring ~~you~~ the Court to respond To your Order within 30 days. Noted; Now it has been Eight month now since this Order and now you will Ask the Court To respond in Ten day. it has been more than Ten days on this Order. Noted I would Like to know why I'M been Denied My Right Under the Fourteet (14) Amendment of the United States Constitute. My Right to Access to Court. Noted. Under Cause No. 1328927-C. Filed on 8-13-2014 Now this Writ has been in the 183rd District Court For more than Seven month now (7) month. and February of 2015 I Filed A Original Application For Writ of Mandamus.

Noted! I was Told ~~By~~ Counsel. I Could do Two things. Filed A 1983 Suit under the Supreme Court decision in Bounds. Which held that fundemental Constitutional right to Access to Courts or I Could Filed A 2254 Stateing that I'M been Denied my Right to Access To Court. Noted I'M been delay by the Harris County District to Filed A 2254 if Need But Can not see Why the District is puting on this delay in Cause No 1328927-C.

Noted. Counsel told me that I Could Filed A Injunction

Your Assistance in this Matter is greatly Appreciated

Sincerely
Emerin James Bradly